IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01838-AP

Christina Siegle,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Jeffrey M. Flynn
Attorney
5390 Manhattan Circle
Boulder, CO 80303
(303) 565-5501
(303) 327-8211 (facsimile)
jflynn@jmflynn.net

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney

- 1 -

1961 Stout, Suite 4169  
Denver, Colorado 80294-4003  
303-844-7101  
303-844-0770 (facsimile)  
Alexess.rea@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** July 11, 2013

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** July 22, 2013

    C.    **Date Answer and Administrative Record Were Filed:** September 18, 2013

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that, to the best of their knowledge, the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not appear to raise unusual claims or defenses.

## 7. OTHER MATTERS

The parties are not aware of any other matters.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** November 18, 2013  
    B.    **Defendant's Response Brief Due**: December 17, 2013  
    C.    **Plaintiff's Reply Brief (If Any) Due:** January 3, 2014

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 3rd day of October 2013.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
|  | John F. Walsh |
|  | United States Attorney |
| /s/ Jeffrey Flynn | **By:** s/ *Alexess D. Rea* |
| Jeffrey M. Flynn | Alexess D. Rea |
| Attorney | Special Assistant U.S. Attorney |
| 5390 Manhattan Circle | 1961 Stout St., Suite 4169 |
| Boulder, CO 80303 | Denver, CO 80294-4003 |
| (303) 565-5501 | (303) 844-7101 |
| (303) 327-8211 (facsimile) | (303) 844-0770 (facsimile) |
| jflynn@jmflynn.net | alexess.rea@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |