IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01838-AP

Christina Siegle,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Jeffrey M. Flynn
Attorney
5390 Manhattan Circle
Boulder, CO 80303
(303) 565-5501
(303) 327-8211 (facsimile)
jflynn@jmflynn.net

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney

- 1 -

>1961 Stout, Suite 4169
>Denver, Colorado 80294-4003
>303-844-7101
>303-844-0770 (facsimile)
>Alexess.rea@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

 A. **Date Complaint Was Filed:** July 11, 2013

 B. **Date Complaint Was Served on U.S. Attorney's Office:** July 22, 2013

 C. **Date Answer and Administrative Record Were Filed:** September 18, 2013

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that, to the best of their knowledge, the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not appear to raise unusual claims or defenses.

## 7. OTHER MATTERS

The parties are not aware of any other matters.

## 8. BRIEFING SCHEDULE

 A. **Plaintiff's Opening Brief Due:** November 18, 2013
 B. **Defendant's Response Brief Due**: December 17, 2013
 C. **Plaintiff's Reply Brief (If Any) Due:** January 3, 2014

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**   **Plaintiff's Statement:** Plaintiff does request oral argument.

    **B.**   **Defendant's Statement:** Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    **A.**   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.**   ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 3rd day of October 2013.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Jeffrey Flynn
Jeffrey M. Flynn
Attorney
5390 Manhattan Circle
Boulder, CO 80303
(303) 565-5501
(303) 327-8211 (facsimile)
jflynn@jmflynn.net

Attorney for Plaintiff

John F. Walsh
United States Attorney

**By:** s/ *Alexess D. Rea*
Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7101
(303) 844-0770 (facsimile)
alexess.rea@ssa.gov

Attorneys for Defendant