**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01838-CMA

CHRISTINA SIEGLE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ's Decision of Judge Christine M. Arguello entered on April 24, 2014 it is

ORDERED that the ALJ's denial of disability benefits is AFFIRMED.  It is

FURTHER ORDERED that each party shall pay its own costs and attorneys fees.

    Dated at Denver, Colorado this 29th day of April, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                          By:  s/   Sandra Hartmann

                                        Sandra Hartmann
                                        Deputy Clerk